B007
Cat 4

IFP

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LANSANA MANSARAY

_____

_____
(Enter above the full name of
plaintiff in this action)

CIVIL CASE NO: 1:22-CV-81
(to be supplied by Clerk
of the District Court)

Robert Wenner
&
KEVIN DALY
Defendants
(Enter above the full name of
the defendant(s) in this action)

RECEIVED

MAR 0 1 2022

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

COMPLAINT

1. The plaintiff _LANSANA MANSARAY_ a citizen of

the County of _VENANGO_ State of

Pennsylvania, residing at _Oil City, PA USA_

wishes to file a complaint under _Title 18 U.S.C. Section 242_
(give Title No. etc.)
Deprivation of Right under color of Law.

2. The defendant is _the Chief of police of the
Borough of Sugarcreek. And was formerly Oil_

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) City police chief. On the 23 of August, 2010. Plaintiff was arrested by the defendants, and arraigned on the same day before Hon. Andrew F. Fish. My bail was unreasonably increased from $30,000 to $80,000 when I asked the magestrate to release me on my own recognizance. I was remanded in custody and the defendant decided to put more fuel in the fire and I was subsequently removed from the U.S (see attached Complaint)

4. WHEREFORE, plaintiff prays that _the Court will approved my I-360 VAWA petition and accelerate the reunification with my children._

_____

(Signature of Plaintiff)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


| LANSANA MANSARAY | ) | |
|---|---|---|
| Plaintiff | ) | |
| Vs. | ) | <u>C.A.No.</u> |
| | ) | |
| ROBERT WENNER | ) | District Judge Baxter |
| Defendant | ) | |
| & | ) | I rely on the Judge's Decision |
| KEVIN DALY | | |
| Defendant | | |

Amended complaint by plaintiff/pro se, Lansana Mansaray, against Robert Wenner and Kevin Daly, as Defendants.

## JURISDICTION

This court has jurisdiction over the subject matter and parties pursuant to 28 U.S. Code § 118, as this case involves question of Federal Law. The Court also has supplemental jurisdiction over the related state law claims pursuant to 28 U.S.C. Venue is proper in. Defendants are subject to the personal jurisdiction of, this Court because Defendants maintain employment in this District, all of the event giving rise to this action occurred in this District.


## PARTIES

Plaintiff Lansana Mansaray is a man of African descent. He maintain his residential home address at 611 Bissell Avenue, Oil City, Pa, after he bought the single family house in 2011 and moved in 2013.

Upon information and belief, 1st Defendant Robert Wenner, is currently the chief of Police Department of the Borough of Sugarcreek. And the address listed below is the best to contact him.

(1) Borough of Sugarcreek

212 Fox Street

Franklin, PA 16323

U.S.A

And the 2rd Defendant Kevin Daly, who has retired from the Oil City Police Department and the Court may help me with the State Marshal to serve him notice below:

(2)    Kevin Daly

      C/O  21 Seneca St # 100

      Oil City, PA 16301

      USA

## STATEMENT OF CLAIM

My right according to Title 18 Section 242 were violated when 1st Defendant, Robert Wenner and 2rd Defendant Kevin Daly sent a biased report to USCIS which portrayed me as a dangerous person to my community. And which also lead to the violation of my 5th Amendment due process right because I was confined for 150 days after I plead guilty to a third degree misdemeanor for child endangerment on a plea bargain basis. And after I served my term, and being hopeful that I may finally reunited with my son who are minors and currently in Forster care. I was again picked up my ICE and confined for another 95 days; and then deported to Sierra Leone on April 27, 2017. All because Defendant submitted a prejudice and biased report to USCIS and which USCIS has used to denied my Federal Benefit. (See attached USCIS Decision on I-360 VAWA Petition).

## STATEMENT OF FACT

After taking cognizance of my Immigration Status on than day of my arrest on 23 August, 2016, at the back of my house. My status which was at that time has expired TPS, and USCIS refusal to release my TPS reregistration. The Defendant decided that to intensify my trouble by submitting biased report to USCIS was used to determine whether to release me from jail or to maintain my continuous detention. And USCIS and ICE relied on the Oil City Police Department report to reinstate my former deportation order in 2010. After I have been confine for 150 days for the Endangering Welfare of children. I was again confine form95 days and then deported. If the Defendant have not violated. (See attached police report and the question raised by USCIS by using uncorroborated report to request for more evidence and subsequently denied my I360 VAWA Petition. This is the action of the defendants that resulted in the violation of my Federal civil right under Title 18 Section 242.

## INJURY

The injuries we suffered were psychological for me and my sons. For I was branded a dangerous person to my community. Which affected my good moral character; and I've never committed a crime of moral turpitude. And I were the only primary caregiver of my sons: Lance Mansaray (12) and Josiah Mansaray III, (10) and the defendants served as a catalyst for me to be separated from my children when they were very little boys.

## PREVIOUS LAWSUITS

I have on couple of occasions filed a complaint at the VENANGO County Court of Common pleas of Pennsylvania for the refusal of my Forster parents to allow me to talk to my sons. And my petition was dismissed because the Court has already granted to Curtis and Charleen, permanent custody of my chilodren. And when the Forster parents took me to Court to have my right Terminated, they've decided to redraw the petition against me. (See attached.)

## REQUEST FOR RELIEF

In lieu of the above, I am kindly asking the Honorable Judge of the Court to assuage my emotional and psychological plight and order the approval of my I-360 VAWA Petition and accelerate the reunification of my children and return them back into my custody.

Yours truly,

......................................
Lansana Mansaray
Plaintiff

MAILING ADDRESS FOR PLAINTIFF AND DEFENDANTS

### (a)  LANSANA MANSARAY-Plaintiff

900 BAYCHEST AVENUE, APT 10 J

BRONX, NY 10475

### (b)  ROBERT WENNER-Defendant

BOROUGH OF SUGARCREEK

212 FOX STREET FRANKLIN, PA 16323

### (c)  KEVIN DALY-Defendant

C/O OIL CITY POLICE DEPARTMENT

21 Seneca St # 100
Oil City, PA 16301
USA