UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-1591
_____

LANSANA MANSARAY,
                Appellant

v.

ROBERT WENNER; KEVIN DALY; OIL CITY POLICE DEPARTMENT; CITY OF OIL CITY, CITY COUNCIL
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 1:22-cv-00081)
District Judge: Honorable Susan Paradise Baxter
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 6, 2025
Before: KRAUSE, PHIPPS, and ROTH, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

    This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on February 6, 2025.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered February 21, 2024, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: June 9, 2025